sion, First Department. December 22, 1905.) Action by Magdalena Scheu against the Union Railway Company. H. A. Robinson, for appellant. A. J. Talley, for respondent. No opinion. Motion denied.

SCHINZEL, Appellant, v. BEST, Bridge Com'r, Respondent, et al. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by George M. Schinzel against George E. Best, as commissioner of bridges, etc., impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice Maddox at Special Term. 92 N. Y. Supp. 754.

SCHLESINGER, Respondent, v. KEATING, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Leo Schlesinger against Hugh Keating. W. O. Miles, for appellant. S. F. Kneeland, for respondent. No opinion. Judgment affirmed, with costs.

SCHNELL, Respondent, v. FARUOLO, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Henry Schnell against Charles R. Faruolo. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SCHOBER, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by John Schober, as administrator, etc., of John Schober, Jr., deceased, against the Fifth Avenue Coach Company. No opinion. Order reversed, with $10 costs and disbursements, on the ground that it was granted contrary to the provisions of section 769 of the Code of Civil Procedure, and motion denied, with costs.

SCHOBER, Appellant, v. FIFTH AVE. COACH CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by John Schober, as administrator, etc., of John Schober, Jr., deceased, against the Fifth Avenue Coach Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, on the ground that the trial justice had no power on his own motion to change the venue after a motion for the same relief had been denied at Special Term. See, also, Phillips v. Tietjen (Sup.) 95 N. Y. Supp. 469.

In re SCHOOL SITE, DELANCEY and RIVINGTON STS. (Supreme Court, Appellate Division, First Department. January 19, 1906.) In the matter of School Site, Delancey and Rivington streets. No opinion. Motion granted.

SCHULBERG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Herman Schulberg against the city of New York. T. Connoly, for appellant. M. Cukor, for respondent. No opinion. Judgment and order affirmed, with costs.

SCHULBERG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Rosy Schulberg against the city of New York. T. Connoly, for appellant. M. Cukor, for respondent. No opinion. Judgment and order affirmed, with costs.

In re SEELEY. (Supreme Court, Appellate Division, First Department. March 2, 1906.) In the matter of Jurden E. Seeley. No opinion. Respondent disbarred. Order filed.

SEMENZA, Appellant, v. RODGERS, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Carmine Semenza, as administratrix, against John C. Rodgers, T. F. O'Neill, for appellant. F. V. Johnson, for respondent. No opinion. Judgment affirmed, with costs.

SESSLER, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Henry Sessler against William R. H. Martin.

PER CURIAM. We are of the opinion that the plaintiff had a right to put out and maintain signs upon the leased premises, and therefore there was a question for determination by the trial court. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event.

SHAUGHNESSY, Respondent, v. WEEKES, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by J. Noyes Shaughnessy against Arthur D. Weekes. No opinion. Judgment and order unanimously affirmed, with costs.

SHAUL et al., Respondents, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Hedwig Shaul and Fayette Getman, as executors, etc., against the board of education of the city of New York. No opinion. Motion denied.

SHAW et al., Respondents, v. NEW YORK ELEVATED R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Samuel T. Shaw and others against the New York Elevated Railroad Company and others. J. L. Gadwalader, for appellants. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

In re SHOEN, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) In the matter of the claim of Elijah Shoen against E. J. Scott, as administrator with the will annexed of Archibald Scott, deceased. No opinion. Judgment unanimously affirmed.